AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*       DISTRICT OF   NEVADA

IVAN PRENTISS,

    Plaintiff,

V.

NEVADA DEPARTMENT OF
CORRECTIONS, et al.

    Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER:   **3:16-cv-00263-MMD-VPC**

___  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___  **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**  **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this action is dismissed without prejudice based on Plaintiff's failure to file an updated address in compliance with this Court's January 3, 2017, order (ECF No. 6).

  February 9, 2017                        **DEBRA K. KEMPI**
                                                          Clerk

                                                        /s/  D. R. Morgan
                                                          Deputy Clerk